UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NANCY BACHMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>　　　　　Defendant. | Case No. 07-5511 BHS-KLS<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court on the Plaintiff's failure to prosecute this claim. The Plaintiff filed this matter on September 24, 2007. On December 18, 2007 counsel for the Plaintiff contacted the Clerk's office advising that the attorney had not yet received a summons. In response to the call, the Clerk's office reissued and mailed one summons to Plaintiff's counsel. The Plaintiff has taken no action to prosecute this case since the last contact with the Clerk's Office. The Plaintiff is therefore **ORDERED TO SHOW CAUSE**, by April 24, 2008, why the Complaint should not be dismissed for failure of the Plaintiff to serve or otherwise prosecute her claim.

DATED this 9th day of April, 2008.

　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Order To Show Cause
Page - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order To Show Cause
Page - 2