UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NANCY BACHMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C07-5511BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 22). The Court having considered the Report and Recommendation, Defendant's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **REMANDED** to the Commissioner for further administrative proceedings.

DATED this 31st day of March, 2009.

                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER